UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 2:20-cr-105-SPC-MRM

ELAINE M. LEVIDOW
_____/

### ORDER TO DEPOSIT FUNDS AND DISBURSE

Before the Court is the United States' Unopposed Motion for an Order to Deposit Funds and Disburse. (Doc. 69). After considering the motion, record, and applicable law, the Court finds that it best serves the purpose of Elaine M. Levidow's anticipated restitution for the Clerk of Court to accept her prejudgment payments.

Accordingly, it is

**ORDERED:**

The United States' Unopposed Motion for an Order to Deposit Funds and Disburse (Doc. 69) is **GRANTED**.

1. The Clerk of Court is **DIRECTED** to accept Defendant Elaine M. Levidow's prejudgment payments and hold in the Court Registry until a judgment conviction and restitution order have been entered.

2. Pursuant to 28 U.S.C. § 2042 and upon entry of a criminal judgment, the Clerk of the Court is **DIRECTED** to withdraw and apply the

deposited funds to Defendant's restitution.

3. Upon satisfaction of Defendant's restitution, any surplus funds, including accrued interest, must be applied to her other criminal monetary penalties, including special assessment and fines, imposed against her as provided by law and in accordance with the Clerk's standard operating procedures, or to any outstanding forfeiture orders.

4. If the prejudgment payments accrue interest in an amount that exceeds the total due on Defendant's restitution, other criminal monetary penalties, and any forfeiture order, the surplus accrued interest is **DIRECTED** be remitted to the Crime Victims Fund.

**DONE** and **ORDERED** in Fort Myers, Florida, on September 14, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record