UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-105-SPC-MRM

ELAINE M. LEVIDOW

**ORDER VACATING PRELIMINARY ORDER
OF FORFEITURE FOR SUBSTITUTE ASSET** [1]

Before the Court is the United States' Motion to Vacate the Preliminary Order of Forfeiture for Substitute Asset. (Doc. 82).  On August 16, 2021, the Court entered a Preliminary Order of Forfeiture for Substitute Asset for the following real property:

> The real property located at 9549 Hemingway Lane, Fort Myers, FL 33913, including all improvements thereon and appurtenances thereto, the legal description for which is as follows:
>
> Lot 37, Colonial Country Club Parcel 107, according to the plat thereof as recorded in Plat Book 80, Pages 58 and 59, of the Public Records of Lee County, Florida.
>
> Parcel ID: 02-45-25-P1-01600.0370

(Doc. 63).  A month later, Defendant Elaine M. Levidow paid the Government $90,000.  Because Defendant has satisfied the order of forfeiture, the

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Government no longer seeks to forfeit the real property. The Government thus asks the Court to vacate the Preliminary Order of Forfeiture for Substitute Asset.

Having considered the motion against the record and applicable law, the Court finds good cause to grant the motion.

Accordingly, it is

**ORDERED:**

The United States' Motion to Vacate the Preliminary Order of Forfeiture for Substitute Asset (Doc. 82) is **GRANTED**. The Preliminary Order of Forfeiture (Doc. 63) as to the real property identified above is **VACATED**.

**DONE AND ORDERED** in Fort Myers, Florida on September 21, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record